Certificate Number: 03088-PAE-DE-032022805

Bankruptcy Case Number: 13-20577



03088-PAE-DE-032022805

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 11, 2018, at 6:34 o'clock PM CST, Christine M Coll completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    December 12, 2018            By:    /s/Susan D. Gann for Doug Tonne

Name:    Doug Tonne

Title:    Counselor